UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 03-80066-CR-HURLEY

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

GEORGE SILKY CANADY,

    Defendant.
_____/



FILED by ___ D.C.

DEC - 2 2010

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## AMENDED REPORT AND RECOMMENDATION

THIS CAUSE is before the Court for a final probable cause hearing on a petition for violations of supervised release. The Defendant, GEORGE SILKY CANADY, appeared before the Court on November 29, 2010, represented by AFPD Peter Birch. The Defendant is charged with 6 violations: (1) a violation of law for the offense of possession of a firearm by a convicted felon on or about September 10, 2010; (2) a violation of law for the offense of possession of a firearm in the commission of a felony on or about September 10, 2010; (3) a violation of law for the offense of possessing cocaine with intent to sell on or about September 10, 2010; (4) a violation of law for the offense of possessing MDMA with intent to sell on or about September 10, 2010; (5) a violation of law for the offense of possessing marijuana with intent to sell on or about September 10, 2010; and (6) possessing or using marijuana in connection with his urine specimens submitted on August 27, and September 3 and 21, 2010.

A hearing was held on the violations. The Government proceeded by proffer and the Defendant did not contest the proffer. The Government proffered that on September 10, 2010, West Palm Beach Police made a traffic stop of a vehicle driven by the Defendant. The officers

could smell marijuana when they got within a few feet of the vehicle. The Defendant did not immediately comply with commands to get out of the vehicle. A search of the vehicle revealed: in the center console 3.98 grams of crack cocaine; 15 pills containing 4.48 grams of benzylpiperazine, a Schedule I controlled substance; and 11 clear baggies containing 11 grams of marijuana. Located in the center dash compartment adjacent to the driver was a semi-automatic pistol, with the grip of the firearm facing the Defendant. The Defendant subsequently confessed that the narcotics were his. The Defendant was also tested positive for marijuana in his urinalysis on August 27, September 3 and 8, 2010. The Defendant subsequently admitted using marijuana.

The section pertaining to revocations of supervised release requires the court to find that the Defendant violated the conditions of his supervised release by a preponderance of the evidence rather than beyond a reasonable doubt. *See Johnson v. United States,* 529 U.S. 694, 700, 120 S.Ct. 1795 (2000)(citing 18 U.S.C. § 3583(e)(3)); *United States v. Poellnitz,* 372 F.2d 562, 566 (3d Cir. 2004) (stating, "[t]he plain language of § 3583(e)(3) requires a finding by 'a preponderance of the evidence' that the defendant violated a condition of his supervised release."); 18 U.S.C. § 3583(e)(3).

This Court finds by a preponderance of the evidence that the above findings of fact prove the charged violations of supervised release.

The Court **RECOMMENDS** that the District Court find the Defendant guilty. The Court also recommends that this matter be set down for sentencing before the District Court.

2

The Clerk is **ORDERED** to set this matter before the sentencing calendar of Senior United States District Court Judge Daniel T. K. Hurley.

A party shall serve and file written objections, if any, to this Report and Recommendation with the Honorable Senior United States District Court Daniel T. K. Hurley, within fourteen days of being served with a copy of this Report and Recommendation. *See* 28 U.S.C. § 636(b)(1)(C). Failure to file timely objections may limit the scope of appellate review of factual findings contained herein. *See United States v. Warren*, 687 F.2d 347, 348 (11th Cir.1982), *cert. denied*, 460 U.S. 1087 (1983).

**DONE and SUBMITTED** in Chambers at West Palm Beach in the Southern District of Florida, this 2 day of December, 2010.

*/s/ James M. Hopkins*

_____
JAMES M. HOPKINS
UNITED STATES MAGISTRATE JUDGE

Copies to:
Honorable Daniel T. K. Hurley, Senior United States District Judge
Counsel of record
U.S. Marshal
U.S. Probation
Clerk of Court